JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| MARC GOLD,<br><br>　　　　　　　　Plaintiff,<br><br>　　vs.<br><br>TARGET CORPORATION, a corporation; JENN "DOE NO. 1," an individual; and DOES 3-25, Inclusive,<br><br>　　　　　　　　Defendants. | Case No.: 2:23-cv-05949-DSF-MRW<br><br>Judge: Hon. Dale S. Fischer<br><br>**ORDER REMANDING CASE LOS ANGELES COUNTY SUPERIOR COURT**<br><br>Case Removed:  July 21, 2023<br>State Court Action Filed: May 19, 2023 |

　　Pursuant to Local Rule 5-4.3.4(a)(2)(i), the filer attests that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

　　Having considered the stipulation between Plaintiff MARC GOLD and Defendant TARGET CORPORATION, and good cause appearing therefor:

　　**IT IS HEREBY ORDERED** that Plaintiff MARC GOLD's case, Case No. 2:23−cv−03213 GW (SKx), pending in the United States District Court, Central District of California, Western Division is hereby remanded to the venue the case was originally venued at, the Superior Court of the State of California, County of Los Angeles, Case No. 23SMCV02258 ("State Court"), entitled <u>MARC GOLD v. TARGET CORPORATION</u>.

Dated: June 5, 2024

　　　　　　　　　　　　　　　　　　　_/s/ Dale S. Fischer_
　　　　　　　　　　　　　　　　　　　Hon. Dale S. Fischer
　　　　　　　　　　　　　　　　　　　United States District Judge